

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

DONNA SHEARER, §
§
    Plaintiff, §
§
VS. § NO. 4:07-CV-552-A
§
MICHAEL J. ASTRUE, §
COMMISSIONER OF SOCIAL §
SECURITY, §
§
    Defendant. §

## ORDER

Came on for consideration the above-captioned action wherein Donna Shearer is plaintiff and Michael J. Astrue, Commissioner of Social Security, is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for disability benefits under Tittle II and supplemental security income or SSI benefits under Title XVI of the Social Security Act. On November 13, 2008, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation and granted the parties until December 4, 2008, in which to file and serve objections. Because timely objections have not been filed, the court accepts the proposed findings, conclusions, and recommendation of the United States Magistrate Judge. Therefore,

The court ORDERS that the decision of defendant that plaintiff was not entitled to disability benefits or SSI benefits

be, and is hereby, affirmed.

SIGNED December 5, 2008.

_____
JOHN McBRYDE
United States District Judge